# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONEY ANTHONY WHITE, III,<br><br>　　　　　　Petitioner,<br>v.<br>CALVIN JOHNSON, et al.,<br>　　　　　　Respondents. | Case No. 2:21-cv-01114-APG-VCF<br><br>**ORDER**<br><br>**(ECF No. 25)** |

Petitioner seeks an extension of time to file his amended petition for writ of habeas corpus. ECF No. 25.  I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed first motion for enlargement of time (ECF No. 25) is granted.  Petitioner has until May 18, 2023, to file his amended petition for writ of habeas corpus.[1]

Dated: February 16, 2023

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely presenting claims.  That is, by setting a deadline to amend the petition and/or by granting any extension thereof, I make no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).