**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Toney Anthony White, III, | Case No.: 2:21-cv-01114-APG-VCF |
| Petitioner | **Order Granting Respondents' Motion to Extend** |
| v. | [ECF No. 31] |
| Calvin Johnson, | |
| Respondents | |

Respondents seek an extension of time to file their response to Petitioner's first amended petition. ECF No. 31. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

I THEREFORE ORDER that Respondents first unopposed motion to extend (ECF No. 31) is granted. Respondents have until September 8, 2023, to file their response.

DATED this 14th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE