**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Toney Anthony White, III,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson,<br><br>    Respondents | Case No.: 2:21-cv-01114-APG-VCF<br><br>**Order Granting Respondents'<br>Motion to Extend**<br><br>[ECF No. 35] |

Respondents seek an extension of time to file their response to Petitioner's first amended petition. ECF No. 35.  I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

I THEREFORE ORDER that Respondents third unopposed motion to extend (ECF No. 35) is granted.  Respondents have until November 22, 2023, to file their response.

DATED this 3rd day of November 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE