# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Toney Anthony White, III,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson,<br><br>    Respondents | Case No.: 2:21-cv-01114-APG-VCF<br><br>**Order Granting Petitioner's Motion to Extend *Nunc Pro Tunc* as well as the Respondents' Motion to Extend**<br><br>[ECF Nos. 52, 56] |

Petitioner Toney Anthony White, III, seeks an extension of time to file his opposition to the respondents' motion to dismiss. ECF No. 52. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant White's motion *nunc pro tunc*.

In addition, the respondents seek an extension of time to file their opposition to White's motion to stay and their response to White's motion to strike or, in the alternative, motion for more definite statement. ECF No. 56. Because I find that the request is made in good faith and not solely for the purpose of delay, good cause exists to grant the Respondents' motion.

I THEREFORE ORDER that the Petitioner's motion to extend (ECF No. 52) is granted is granted *nunc pro tunc*.

I FURTHER ORDER that the respondents' motion to extend (ECF No. 56) is granted. Respondents have until February 23, 2024, to file their opposition and their response.

DATED this 12th day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE